# CRIMINAL COMPLAINT

**(Electronically Submitted)**

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Martha Vidrio**<br>DOB: 1986; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06454MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about July 4, 2026, in the District of Arizona, **Martha Vidrio**, did knowing or in reckless disregard of the fact that a certain alien, Juvencio Rico-Cabrera, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said alien, in any manner whatsoever, regardless of any official action which may later be taken with respect to such alien, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section ' 1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On July 4, 2026, in the District of Arizona (Nogales), at 1:18 p.m., **Martha VIDRIO** applied for admission into the United States from Mexico driving a 2008 Hyundai Elantra bearing Arizona License plate WVA4Y3 through the vehicle primary lanes at the Mariposa Port of Entry in Nogales, Arizona. **VIDRIO** presented her valid Arizona Identification Card D03467253 bearing her name, photograph and date of birth to the primary Customs and Border Protection Officer (CBPO). **VIDRIO** was accompanied by an adult male passenger, later identified as Juvencio Rico-Cabrera, who the driver presented an Arizona Identification Card D01683890 bearing the name of Juan Jose Acedo, with a date of birth of May 23, 1969. The Primary CBPO took the document which the driver presented on their behalf and did facial match to each of the vehicle's occupants. CBPOs noticed the male passenger, Rico-Cabrera, did not appear to match the photo on the Arizona Identification Card, the driver presented on his behalf. CBPOs asked the male passenger where he was born to which he replied to Tucson, Arizona. CBPOs then referred the vehicle and passengers to secondary for further inspection.

In secondary, CBPOs noticed the male passenger, Rico-Cabrera, did not appear to match the photo on the Arizona Identification Card D01683890 bearing the name of Juan Jose Acedo with a date of birth of May 23, 1969. CBPOs then asked the Rico-Cabrera for his citizenship to which he replied to United States citizen, born in Tucson. CBPOs then asked **VIDRIO** her relationship to the passenger to which she stated that he was her uncle. CBPOs asked the Rico-Cabrera what his relationship to **VIDRIO** was and he stated that she was his niece. CBPOs then escorted both the driver and passenger to the head house and informed Supervisory CBPOs of the impostor and the alien smuggling attempt. Rico-Cabrera admitted to CBPOs his identity as being Juvencio Rico-Cabrera, born on June 26, 1963, a citizen of Mexico.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juvencio Rico-Cabrera

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE and NAME<br>Customs and Border Protection Officer<br>David Soria |

**Sworn by telephone** x

| | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 6, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

Material witness Rico-Cabrera stated he is a citizen of the Mexico born in Mexico City, Mexico. He stated he traveled from Mexico City, Mexico to the international border with the intentions to enter the United States illegally to live and work in Chicago, IL. He stated he was aware the Arizona Identification Card D01683890 bearing the name of Juan Jose Acedo he presented did not belong to him and he did not possess legal documents to enter or remain in the United States prior to his application for admission. Rico-Cabrera stated that he presented the AZ ID card with the intentions to enter the U.S. illegally and falsely claimed U.S. citizenship to enter the U.S. Illegally. He stated he was a phone number for a smuggler in Mexico. Rico-Cabrera stated he made arrangements with the smuggler where he later met him at a house where he was staying and was given the documents he would use. He stated he was then taken to "OXXO" and was told a woman was going to bring him into the United States. Rico-Cabrera stated he paid $6,000 for the documents and he was taken to meet with the driver, **VIDRIO**, the same day they traveled to the port of entry. He stated he got in the car with VIDRIO and another unknown man who was in the front seat. The unknown man stayed with them until they arrived at the border. Then the man got out, looked at Rico-Cabrera, and said, "Good luck." Rico-Cabrera stated that upon meeting with the **VIDRIO** and obtaining the documents, **VIDRIO** looked at the AZ ID, matched it to him, and said "good." **VIDRIO** then told him to tell the officers that he was her uncle, and were going to Nogales, AZ. Rico-Cabrera stated he did not pay **VIDRIO** to smuggle him into the U.S., however, he believed **VIDRIO** knew he did not have legal documents and was crossing illegally.

After waiving her Miranda rights, **VIDRIO** stated she is a citizen of the United States born in Redwood City, California. She stated that prior to crossing into the Unites States, Rico-Cabrera asked her for a favor and asked if he could ride in the car with her. She claimed she was unaware the Arizona Identification Card D01683890 bearing the name of Juan Jose Acedo she presented for Rico-Cabrera was not his. She claimed she was unaware Rico-Cabrera did not possess legal documents to enter or remain in the United States prior to their application for admission. **VIDRIO** stated she lied to the secondary officer about her relationship with Rico-Cabrera because she didn't want him to ask her additional questions about their relationship since they just met prior to their crossing. She stated she is aware it is illegal to smuggle undocumented aliens into the United States.